■ GRAND MANOR HEALTH RELATED FACILITY, INC., Respondent, v HAMILTON EQUITIES INC. et al., Appellants. [895 NYS2d 716]—

Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered September 29, 2009, which granted plaintiff's application to modify the *Yellowstone* injunction set forth in the parties' stipulation, unanimously reversed, on the law, without costs, and the application denied.

The IAS court improperly broadened the *Yellowstone* injunction set forth in the parties' so-ordered stipulation. This Court previously determined that the stipulation is an enforceable contract and cannot be revised by the IAS court (65 AD3d 445, 446-447 [2009]). Moreover, we specifically held that defendants' service of a 30-day notice on the ground that no lease exists did not violate the underlying stipulation. This Court's prior decision is binding because it is the law of the case (*see generally Matter of Midland Ins. Co.*, 71 AD3d 221 [2010]). Concur—Mazzarelli, J.P., Saxe, Moskowitz, Acosta and Renwick, JJ.